UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BRANDON HOLLIMON,

      Plaintiff,

     v.

NYE COUNTY SHERIFF'S OFFICE
SOUTHERN AREA COMMAND, et al.,

      Defendants.

Case No. 2:25-cv-02634-ART-EJY

**ORDER**

      Pending before the Court is Plaintiff's Initiating Document.  ECF No. 1-1.  Plaintiff neither paid the $405 filing fee nor filed an Application to Proceed *in forma pauperis* ("IFP"), one of which is necessary to commence a civil action in federal court.

      Accordingly, IT IS HEREBY ORDERED that no later than **February 9. 2026** Plaintiff must either pay the $405 filing fee or file a complete Application to Proceed *in forma pauperis* by a non-prisoner.

      IT IS FURTHER ORDERED that the Clerk of the Court **must** send Plaintiff the Application to Proceed *in forma pauperis* by a non-prisoner and the instructions for completing the same.

      IT IS FURTHER ORDERED that failure to comply with this Order will result in a recommendation to dismiss this matter in its entirety without prejudice.

      Dated this 8th day of January, 2026.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE